618

No. 434. BURROUGHS AND CANNON *v.* UNITED STATES. October 23, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Robert H. McNeill* for petitioners. *Solicitor General Biggs, Assistant Attorney General Malloy,* and *Mr. Harry S. Ridgely,* for the United States.

No. 419. GLOBE INDEMNITY Co. *v.* UNITED STATES EX REL. STEACY-SCHMIDT MFG. CO., INC. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Frederic L. Ballard* for petitioner. *Mr. Samuel W. Cooper* for respondent.

No. 421. FALBO *v.* UNITED STATES. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Warren E. Miller* and *Samuel W. Bassett* for petitioner. *Solicitor General Biggs* and *Mr. W. Clifton Stone* for the United States.

No. 429. TRAVELERS PROTECTIVE ASSN. *v.* PRINSEN. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Emmett M. Bagley* and *Paul H. Ray* for petitioner. *Messrs. D. Worth Clark, Joseph H. Peterson,* and *Harley W. Gustin* for respondent.

No. 435. MIGUEL *v.* MCCARL, COMPTROLLER GENERAL, ET AL. October 23, 1933. Petition for writ of certiorari